No. 84–5087. DINGLE v. SIMPKINS, ADMINISTRATOR OF THE ESTATE OF DINGLE. Ct. Common Pleas of Richland County, S. C. Certiorari denied.

No. 84–5088. BIRGES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5089. BAIG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5090. GATEWOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5091. GANN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5094. BANKHEAD v. WALTERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–5095. HARRIS v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES. Ct. App. D. C. Certiorari denied.

No. 84–5096. GROTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5097. DOAK v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5098. LOBUE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–5099. BRADY v. SMITH, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 84–5100. KING v. REED ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5101. COVER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5102. AGRESTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5103. BAKER v. WILLIAMS. C. A. 9th Cir. Certiorari denied.

No. 84–5105. JENKINS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.